VROMAN ICE CREAM CO., APPELLANT, *v.* PORTERFIELD, TAX COMMR., APPELLEE.

[Cite as Vroman Ice Cream Co. v. Porterfield (1971), 26 Ohio St. 2d 157.]

(No. 70-676—Decided May 26, 1971.)

158

*Messrs. Shawaker & Smith* and *Mr. Charles J. Smith,* for appellant.

*Mr. William J. Brown,* attorney general, and *Mr. Dwight C. Pettay, Jr.,* for appellee.

*Per Curiam.* Appellant now seeks a review by this court of the decision below solely on a question of value, which is peculiarly a question of fact.

"It is not the function of this court to substitute its judgment for that of the Board of Tax Appeals on factual issues." *Citizens Financial Corp.* v. *Porterfield* (1971), 25 Ohio St. 2d 53.

This court cannot find that the decision of the Board of Tax Appeals is unreasonable or unlawful, and it is, therefore, affirmed.

*Decision affirmed.*

O'Neill, C. J., Schneider, Herbert, Duncan, Corrigan, Stern and Leach, JJ., concur.